UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Issa Seck, <br><br> Plaintiff, <br><br> -v- <br><br> Dipna Rx Inc., <br> d/b/a Fuller Drugs, and <br> Paathiv Shah, <br><br> Defendants. | Civ. Action #: 16-cv-07262 <br> (PKC)(GWG) <br><br> NOTICE OF VOLUNTARY <br> DISCONTINUANCE <br> WITHOUT PREJUDICE |
|---|---|

**PLEASE TAKE NOTICE THAT**, Plaintiff Issa Seck, by his undersigned counsel, hereby discontinues the above-entitled action without prejudice pursuant to the Federal Rules of Civil Procedure ("FRCP"), including FRCP 41(a)(1)(A)(i).

Dated: Queens Village, New York
December 14, 2016

Abdul Hassan Law Group, PLLC
Attorneys for Plaintiff

By: *Abdul Hassan*
Abdul K. Hassan, Esq. (AH6510)
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/17
```

So Ordered: _____, U.S.D.J.  12-15-16

Cc: Defendants via USPS Priority Mail
    Paathiv Shah
    Dipna Rx Inc.
    2688 Third Avenue,
    Bronx, NY 10454

By March 28, 2017, Mr. Hassan shall disclose to the Court the amount of all fees paid to him for his services with a copy of the retainer agreement. He shall also explain why the settlement agreement was not submitted to the Court for review and approval pursuant to Cheeks v. Freeport Pancake, 796 F.3d 199 (2d Cir. 2015). Failure to comply will result in sanctions and disgorgement of all fees received by Mr. Hassan.

SO ORDERED / USDJ
3-17-17

Mailed to Mr. Seck 3/20/2017