Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
2018 AUG -7 AM 10: 53
S.D. OF N.Y.

ISSA SECK
Write the full name of each plaintiff or petitioner.

Case No. 16 cv 07262

-against-

ABDUL K Hassan Esq AH 6510
Write the full name of each defendant or respondent.

Letter re: Regarding Payment

Your HONOR

I am writing to inform you that to day I have not received the monies granted to me regarding a fee dispute between me and Abdul K Hassan my former attorney
Please advise what my next step should Be thank you in Advance for your consideration
Sincerely
Issa Seck

08-07-2018
Dated

Signature

ISSA SECK
Name

Prison Identification # (if incarcerated)

316 West 97th street Room 63-C
Address

New York
City

NY
State

10.025
Zip Code

(646) 726.3716
Telephone Number (if available)

E-mail Address (if available)

SDNY Rev: 5/20/2016