UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ISSA SECK,

                          Plaintiff,                        16-cv-7262 (PKC)

      -against-

                                         ORDER

DIPNA RX, INC. and PAATHIV SHAH,

                          Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        I have reviewed Mr. Seck's response to the Order to Show Cause.  Mr. Seck has been advised repeatedly to consult with a lawyer or the Court's Pro Se Office and this Court cannot act in the role of Mr. Seck's lawyer.  No defendant has appeared in this action and an order directed to defendants is likely a futile gesture.

        Abdul K. Hassan, Mr. Seck's lawyer, has stated under penalty of perjury that he has received $8,666.66 from defendants and nothing more.  At this stage there is no basis for ordering any disgorgement from Mr. Hassan.  Mr. Hassan's declaration, however, leaves open the possibility that he may be paid additional funds by either or both defendants in the future.  Accordingly the Court will maintain ancillary jurisdiction over this matter.

Mailed to Mr. Seck

It is ORDERED that, in the event, ABDUL K. HASSAN receives any money or other thing of value directly or indirectly from DIPNA RX, INC. and PAATHIV SHAH he shall (1) pending the determination of further proceedings before this Court, refrain from transferring, pledging, hypothecating, paying, disbursing any money or thing of value so received; and (2) shall file with the Court a statement advising of receipt of such money or thing of value with copy to ISSA SECK within three business days of receipt.  In the event such a statement is filed, the Court will continue proceedings on the issue of disgorgement of fees.

The Clerk is directed to administratively close the matter subject to reopening upon the filing by Mr. Hassan of the statement described in the paragraph above.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
        November 14, 2018